# EXHIBIT A

20221031140104

# Uniform Residential Appraisal Report

File # USB-220506-02084-1

The purpose of this summary appraisal report is to provide the lender/client with an accurate, and adequately supported, opinion of the market value of the subject property.

## SUBJECT

Property Address 265 Woodstream Dr | City Springboro | State OH | Zip Code 45066

Borrower DIANA DAVOLI-TURNER | Owner of Public Record DAVOLI-TURNER DIANA | County Warren

Legal Description SPRINGS 3 LOT: 88, 0.228 ACRES

Assessor's Parcel # 0403173004 | Tax Year 2021 | R.E. Taxes $ 6,010

Neighborhood Name Springs | Map Reference 17140 | Census Tract 0309.01

Occupant [X] Owner [ ] Tenant [ ] Vacant | Special Assessments $ 0 | [X] PUD | HOA $ 580 [X] per year [ ] per month

Property Rights Appraised [X] Fee Simple [ ] Leasehold [ ] Other (describe)

Assignment Type [ ] Purchase Transaction [ ] Refinance Transaction [X] Other (describe) Home Equity

Lender/Client U.S. Bank, N.A. | Address 1050 Woodward Avenue, Detroit, MI 48226

Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal? [ ] Yes [X] No

Report data source(s) used, offering price(s), and date(s).

DayMLS

## CONTRACT

I [ ] did [ ] did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed.

Contract Price $ | Date of Contract | Is the property seller the owner of public record? [ ] Yes [ ] No Data Source(s)

Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower? [ ] Yes [ ] No

If Yes, report the total dollar amount and describe the items to be paid.

## NEIGHBORHOOD

Note: Race and the racial composition of the neighborhood are not appraisal factors.

| Neighborhood Characteristics | | | | One-Unit Housing Trends | | | | One-Unit Housing | | | Present Land Use % | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Location | [ ] Urban | [X] Suburban | [ ] Rural | Property Values | [ ] Increasing | [X] Stable | [ ] Declining | PRICE $(000) | | AGE (yrs) | One-Unit | 68 % |
| Built-Up | [X] Over 75% | [ ] 25-75% | [ ] Under 25% | Demand/Supply | [ ] Shortage | [X] In Balance | [ ] Over Supply | 250 | Low | 0 | 2-4 Unit | 1 % |
| Growth | [ ] Rapid | [X] Stable | [ ] Slow | Marketing Time | [X] Under 3 mths | [ ] 3-6 mths | [ ] Over 6 mths | 550 | High | 125 | Multi-Family | 9 % |
| | | | | | | | | 350 | Pred. | 20 | Commercial | 15 % |
| | | | | | | | | | | | Other | 7 % |

Neighborhood Boundaries

East of 741, west of Bunnell Hill Rd, north of Central Ave, south of Austin Blvd.

Neighborhood Description

The subject is within a typical suburban neighborhood of Warren County, in a PUD. All necessary amenities are within 5 miles. There is an average overall condition of homes within the subject's neighborhood. There are many different styles and sizes of homes within the subject's neighborhood. Other land use is 6% parks, 1% undeveloped, not affecting market value or marketability.

Market Conditions (including support for the above conclusions)

Market studies from MLS, Pace and Court House Records indicate that the property values appear to be stable. This indicates an active absorption rate and general balance between supply and demand. There is no known prevalence of unusual seller financing concessions/buydowns that impact this market. Marketing time should not exceed 100 days if reasonably priced.

## SITE

Dimensions NA, irregular, see attached plat map | Area 9932 sf | Shape Irregular | View N;Res;

Specific Zoning Classification PUD | Zoning Description Planned Unit Development District

Zoning Compliance [X] Legal [ ] Legal Nonconforming (Grandfathered Use) [ ] No Zoning [ ] Illegal (describe)

Is the highest and best use of subject property as improved (or as proposed per plans and specifications) the present use? [X] Yes [ ] No If No, describe.

| Utilities | Public | Other (describe) | | Public | Other (describe) | Off-site Improvements-Type | | Public | Private |
|---|---|---|---|---|---|---|---|---|---|
| Electricity | [X] | [ ] | Water | [X] | [ ] | Street | Asphalt | [X] | [ ] |
| Gas | [X] | [ ] | Sanitary Sewer | [X] | [ ] | Alley | None | [ ] | [ ] |

FEMA Special Flood Hazard Area [ ] Yes [X] No | FEMA Flood Zone X | FEMA Map # 39165C0030E | FEMA Map Date 12/17/2010

Are the utilities and off-site improvements typical for the market area? [X] Yes [ ] No If No, describe.

Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)? [ ] Yes [X] No If Yes, describe.

The site is average in size for the area and the subject improvements. There are no apparent adverse easements, encroachments or use changes presently or contemplated. The improvement on the property apparently conforms to current zoning regulations. If site dimensions are not listed above, they are not available from data source or during normal course of business. Dimensions may be available from county engineer.

## IMPROVEMENTS

| General Description | | Foundation | | Exterior Description | materials/condition | Interior | materials/condition |
|---|---|---|---|---|---|---|---|
| Units [X] One [ ] One with Accessory Unit | | [ ] Concrete Slab | [ ] Crawl Space | Foundation Walls | Concrete/C3 | Floors | CarpetHrdWd/C3 |
| # of Stories 2 | | [X] Full Basement | [ ] Partial Basement | Exterior Walls | ConbrdBrckStone/C3 | Walls | Drywall/C3 |
| Type [X] Det. [ ] Att. [ ] S-Det./End Unit | | Basement Area | 1,816 sq. ft. | Roof Surface | AspShingle/C3 | Trim/Finish | Wood/C3 |
| [X] Existing [ ] Proposed [ ] Under Const. | | Basement Finish | 85 % | Gutters & Downspouts | Aluminum/C3 | Bath Floor | Viny/C3 |
| Design (Style) Colonial | | [ ] Outside Entry/Exit | [X] Sump Pump | Window Type | VinDubHng/C3 | Bath Wainscot | FiberGl/C3 |
| Year Built 2012 | | Evidence of | [ ] Infestation | Storm Sash/Insulated | Metal/Insulate/C3 | Car Storage | [ ] None |
| Effective Age (Yrs) 6 | | [ ] Dampness | [ ] Settlement | Screens | Metal/half/C3 | [X] Driveway | # of Cars 2 |
| Attic | [ ] None | Heating [X] FWA [ ] HWBB [ ] Radiant | | Amenities | [ ] WoodStove(s) # 0 | Driveway Surface | Concrete |
| [ ] Drop Stair | [ ] Stairs | [ ] Other | Fuel Gas | [X] Fireplace(s) # 2 | [X] Fence MetalFenc | [X] Garage | # of Cars 2 |
| [ ] Floor | [X] Scuttle | Cooling [X] Central Air Conditioning | | [X] Patio/Deck Ludk | [X] Porch UpoLupat | [ ] Carport | # of Cars 0 |
| [ ] Finished | [ ] Heated | [ ] Individual | [ ] Other | [ ] Pool None | [ ] Other None | [X] Att. | [ ] Det [ ] Built-in |

Appliances [ ] Refrigerator [X] Range/Oven [X] Dishwasher [X] Disposal [X] Microwave [ ] Washer/Dryer [ ] Other (describe)

Finished area above grade contains: 11 Rooms | 4 Bedrooms | 2.1 Bath(s) | 3,818 Square Feet of Gross Living Area Above Grade

Additional features (special energy efficient items, etc.)

UAD condition descriptions are for all items in the improvements section, just not overall condition.

Describe the condition of the property (including needed repairs, deterioration, renovations, remodeling, etc.).

C3;No updates in the prior 15 years;ago;Physical depreciation appears to be normal and expected for the age of the improvements, in average condition throughout. The subject's floor plan reflects adequate separation between work,recreational and sleeping areas. There is no functional obsolescence or deferred maintenance noted.Appliances only checked if real estate, not chattel.

Are there any physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property? [ ] Yes [X] No If Yes, describe

Does the property generally conform to the neighborhood (functional utility, style, condition, use, construction, etc.)? [X] Yes [ ] No If No, describe

# Uniform Residential Appraisal Report

File # USB-220506-02084-1

There are 0 comparable properties currently offered for sale in the subject neighborhood ranging in price from $ 0 to $ 0

There are 11 comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ 407,900 to $ 530,000

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
|---|---|---|---|---|---|---|---|
| Address | 265 Woodstream Dr Springboro, OH 45066 | 21 Stanton Dr Springboro, OH 45066 | | 190 Stanton Dr Springboro, OH 45066 | | 266 Woodstream Dr Springboro, OH 45066 | |
| Proximity to Subject | | 0.31 miles W | | 0.34 miles NW | | 0.04 miles S | |
| Sale Price | $ | | $ 495,000 | | $ 450,000 | | $ 427,000 |
| Sale Price/Gross Liv. Area | $ sq.ft. | $ 136.93 sq.ft. | | $ 132.35 sq.ft. | | $ 116.57 sq.ft. | |
| Data Source(s) | | DayMls#847097;DOM 53 | | DayMls#836580;DOM 42 | | DayMls#825178;DOM 57 | |
| Verification Source(s) | | WarrnCountyAuditorPRC/Realtor | | WarrnCountyAuditorPRC/Realtor | | WarrnCountyAuditorPRC/Realtor | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | + (-) $ Adjustment | DESCRIPTION | + (-) $ Adjustment | DESCRIPTION | + (-) $ Adjustment |
| Sale or Financing Concessions | | ArmLth Conv;0 | | ArmLth Conv;0 | | ArmLth Conv;0 | |
| Date of Sale/Time | | s10/21;c08/21 | | s05/21;c03/21 | | s10/20;c09/20 | +21,350 |
| Location | N;Res; | N;Res; | | N;Res; | | N;Res; | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site | 9932 sf | 12319 sf | 0 | 13839 sf | 0 | 8973 sf | 0 |
| View | N;Res; | N;Res; | | N;Res; | | N;Res; | |
| Design (Style) | DT2;Colonial | DT2;Colonial | | DT2;ContCapeCod | 0 | DT2;Colonial | |
| Quality of Construction | Q3 | Q3 | | Q3 | | Q3 | |
| Actual Age | 10 | 16 | 0 | 16 | 0 | 8 | 0 |
| Condition | C3 | C3 | | C3 | | C3 | |
| Above Grade | Total / Bdrms. / Baths | Total / Bdrms. / Baths | | Total / Bdrms. / Baths | 0 | Total / Bdrms. / Baths | 0 |
| Room Count | 11 / 4 / 2.1 | 11 / 4 / 2.1 | | 10 / 4 / 2.1 | 0 | 10 / 4 / 2.1 | 0 |
| Gross Living Area | 3,818 sq.ft. | 3,615 sq.ft. | +4,872 | 3,400 sq.ft. | +10,032 | 3,663 sq.ft. | +3,720 |
| Basement & Finished | 1816sf1544sfin | 1904sf1428sfin | 0 | 2421sf1210sfin | 0 | 1815sf0sfin | +8,000 |
| Rooms Below Grade | 1rr1br0.0ba1o | 1rr0br0.0ba1o | 0 | 1rr0br1.0ba2o | -4,000 | | 0 |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | FWA/CA | FWA/CA | | FWA/CA | | FWA/CA | |
| Energy Efficient Items | NoneNoted | NoneNoted | | NoneNoted | | NoneNoted | |
| Garage/Carport | 2ga2dw | 2ga2dw | | 2ga2dw | | 2ga2dw | |
| Porch/Patio/Deck | UnPorLUdkLupt | UpoLrUpatUdk | +500 | UporLUptLudk | 0 | CovPorLrgUnPt | +500 |
| Exterior Materials | VinBrickStone | VinylBrick | 0 | VinylBrick | 0 | VinBrickStone | |
| Extra Amenities In/Out | 2FirplacFence | FireplaceFence | 0 | 2Fireplace | 0 | Fireplace | 0 |
| Updates/Dated/Upgrades | NoneNoted | 2UpdBaths | -8,000 | NoneNoted | | UpdKitchen | -6,000 |
| Net Adjustment (Total) | | ☐ + ☒ - | $ -2,628 | ☒ + ☐ - | $ 6,032 | ☒ + ☐ - | $ 27,570 |
| Adjusted Sale Price of Comparables | | Net Adj. 0.5 % Gross Adj. 2.7 % | $ 492,372 | Net Adj. 1.3 % Gross Adj. 3.1 % | $ 456,032 | Net Adj. 6.5 % Gross Adj. 9.3 % | $ 454,570 |

I ☒ did ☐ did not research the sale or transfer history of the subject property and comparable sales. If not, explain

My research ☒ did ☐ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.

Data source(s) Courthouse Records/DayMLS&CinMLS

My research ☐ did ☒ did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.

Data source(s) Courthouse Records/DayMLS&CinMLS

Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE #1 | COMPARABLE SALE #2 | COMPARABLE SALE #3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | 11/09/2020 | 08/18/2018 | 05/27/2005 | 08/28/2018 |
| Price of Prior Sale/Transfer | $442,000 | $380,000 | $338,838 | $386,000 |
| Data Source(s) | WarrenCountyAuditorWeb | WarrenCountyAuditorWeb | WarrenCountyAuditorWeb | WarrenCountyAuditorWeb |
| Effective Date of Data Source(s) | 05/14/2022 | 05/14/2022 | 05/14/2022 | 05/14/2022 |

Analysis of prior sale or transfer history of the subject property and comparable sales

Prior transfer of the subject is only listed on the auditor site and no further information is available during the normal course of business.No prior sales of the comparables within the past 12 months unless reported below or under Comps 4-6 page:

Summary of Sales Comparison Approach

My search included sales from the past year within the neighborhood boundaries, defined on previous page. My comparable search included sales and listings most similar to the subject and ones included in the report are believed to be the most similar. My search included all 2story dwellings,3218-4418 sf of GLA, 2-40 yrs old, C2-C4 condition and similar quality. Due to a lack of sales more similar to the subject, I used sales that sold over 90 days and 6 months ago, as well as over a 1/2 mile away. Comp1 is weighted heaviest and used for very similar GLA and finished basement area,limited updates,under 20 yrs old. Comp2 (sold 05/07/2021) is used and weighted 2nd for finished basement area and lack of updates, but not weighted heavier due to larger GLA difference. Comp3 is used and weighted 3rd for most similar GLA, same PUD as subject,limited update,but not weighted heavier due to unfinished basement and sold well over a year ago. It sold over a year ago, used for an extreme lack of similar sales from the subject's PUD, selling in the past year. APPRAISAL FEE IS $400, BUT A FEE IS CHARGED BACK TO ME.

Indicated Value by Sales Comparison Approach $ 470,000

## RECONCILIATION

Indicated Value by: Sales Comparison Approach $ 470,000 Cost Approach (if developed) $ 488,227 Income Approach (if developed) $

The Sales Comparison Approach was given the most weight in determining the final estimated value since it appears to be the most reliable indicator of the value in the current local market. The Cost Approach is not deemed reliable, due to the difficulty in estimating accrued depreciation and the constant fluctuation of costs for materials. The Income Approach was not requested, and subject is not a rental, thus not completed.

This appraisal is made ☒ "as is," ☐ subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed, ☐ subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or ☐ subject to the following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair:

It is assumed that no major problems exist with the subject's integral components.

Based on a complete visual inspection of the interior and exterior areas of the subject property, defined scope of work, statement of assumptions and limiting conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is $ 470,000 as of 05/14/2022 , which is the date of inspection and the effective date of this appraisal.

20221031140104

# Uniform Residential Appraisal Report

File # USB-220506-02084-1

ADDITIONAL COMMENTS

I have two offices I work out of. One is 529 Ramsgate Dr., Dayton, OH 45430; the other is 7686 Cincinnati Dayton Rd, West Chester, OH
I USE LOCAL, RAPATONI MLS OF GREATER CINCINNATI, AND DAYTON MLS. I USE COUNTY AUDITOR SITE, LOCAL REALTORS, ZILLOW.COM, TRULIA.COM, AND LOCAL NEWSPAPER. THE SUBJECT IS WITHIN 20 MILES OF APPRAISER'S OFFICE OR HOME, AS THIS APPRAISER LIVES IN BEAVERCREEK, VERY CLOSE TO DAYTON, AND MY OFFICE IS IN CINCINNATI. I HAVE APPRAISED IN THE SUBJECT'S MARKET FOR OVER 22 YEARS, AND IN THE PAST YEAR I HAVE APPRAISED OVER 10 HOMES IN THE SUBJECT'S MARKET. DURING THE PAST 22 YEARS I HAVE HAD APPRAISAL OFFICES IN MONTGOMERY COUNTY, GREENE COUNTY, BUTLER COUNTY, AND HAMILTON COUNTY AND I AM VERY FAMILIAR WITH ALL MARKETS IN THOSE COUNTIES, AS WELL AS BORDERING COUNTIES.
I HAVE NOT PERFORMED ANY SERVICES ON THE SUBJECT PROPERTY IN THE PAST THREE YEARS.The market value is the value the subject should sell for, if listed today, within an exposure time of 60 days, preceding the date of this appraisal.

Some listings may have sold for many days below or above the marketing time noted. This is typically due to initial list price being too high or too low, or the season in which the property is listed .

No special assessments reported or known. NO EXTERNAL OBSOLESCENCE IS NOTED. There is no gas or oil drilling or leased on the subject property.

Due to updates and upgrades over the years, the subject's effective age is much less than its actual age.

No personal property is included within the estimate value of the subject, and appraiser has no training in the valuation of personal property, whatsoever.

The subject is above predominant values due to its much larger GLA compared to all dwellings in the market.

CONDITION ADJUSTMENTS, WITHIN THE CONDITION FIELD ON THE GRID, ARE BASED ON THE DEFINITIONS PROVIDED WITHIN THIS REPORT. FURTHER ADJUSTMENTS, I MAY BELIEVE THAT GO BEYOND THESE STRICT AND MINIMAL RANGE OF DEFINITIONS, CAN BE FOUND AT THE BOTTOM OF THE GRID. THIS IS WHERE ADJUSTMENTS FOR UPGRADES, UPDATES, OR DATED MATERIALS ARE MADE. DATED EXAMPLES WOULD BE, BUT NOT LIMITED TO: WORN CARPET; WALLS WITH DAMAGE OR DISCOLORING; STAINS ON WALLS OR CARPETS; MISSING PIECES OF WAINSCOTT; OLDER KITCHEN CABINETS; OLDER ROOF; OUTDATED WALLPAPER,ETC.
I avoided the use of REO homes and homes with limited exposure time.

THE SUBJECT'S PUD INCLUDES SHARED GREEN SPACES, EXERCISE ROOM, PLAY AREA,POOL, PROFESSIONAL MANAGEMENT.

## COST APPROACH TO VALUE (not required by Fannie Mae)

Provide adequate information for the lender/client to replicate the below cost figures and calculations.

Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value)

Site value is based on extraction method.

ESTIMATED ☐ REPRODUCTION OR ☒ REPLACEMENT COST NEW

Source of cost data Marshall and SwiftEstimator

Quality rating from cost service Aavg Effective date of cost data 05/14/2022

Comments on Cost Approach (gross living area calculations, depreciation, etc.)

The estimated remaining economical life of the property is 64 years

Estimated Remaining Economic Life (HUD and VA only) 64 Years

| Item | | Sq. Ft. @ $ | | Value |
|---|---|---|---|---|
| OPINION OF SITE VALUE | | | | =$ 110,000 |
| Dwelling | 3,818 | Sq. Ft. @ $ | 82.50 | =$ 314,985 |
| Baseme | 1,816 | Sq. Ft. @ $ | 35.00 | =$ 63,560 |
| | | | | =$ |
| Garage/Carport | 442 | Sq. Ft. @ $ | 30.00 | =$ 13,260 |
| Total Estimate of Cost-New | | | | =$ 391,805 |

| Less | Physical | Functional | External | |
|---|---|---|---|---|
| Depreciation | 33,578 | | | =$ ( 33,578 ) |
| Depreciated Cost of Improvements | | | | =$ 358,227 |
| "As-is" Value of Site Improvements | | | | =$ 20,000 |
| Indicated Value by Cost Approach | | | | =$ 488,227 |

## INCOME APPROACH TO VALUE (not required by Fannie Mae)

Estimated Monthly Market Rent $ X Gross Rent Multiplier = $ Indicated Value by Income Approach

Summary of Income Approach (including support for market rent and GRM)

## PROJECT INFORMATION FOR PUDs (if applicable)

Is the developer/builder in control of the Homeowners' Association (HOA)? ☐ Yes ☒ No Unit type(s) ☒ Detached ☐ Attached

Provide the following information for PUDs ONLY if the developer/builder is in control of the HOA and the subject property is an attached dwelling unit.

Legal Name of Project

Total number of phases | Total number of units | Total number of units sold

Total number of units rented | Total number of units for sale | Data source(s)

Was the project created by the conversion of existing building(s) into a PUD? ☐ Yes ☐ No If Yes, date of conversion

Does the project contain any multi-dwelling units? ☐ Yes ☐ No Data source(s)

Are the units, common elements, and recreation facilities complete? ☐ Yes ☐ No If No, describe the status of completion.

Are the common elements leased to or by the Homeowners' Association? ☐ Yes ☐ No If Yes, describe the rental terms and options.

Describe common elements and recreational facilities

20221031140104

# Uniform Residential Appraisal Report

This report form is designed to report an appraisal of a one-unit property or a one-unit property with an accessory unit; including a unit in a planned unit development (PUD). This report form is not designed to report an appraisal of a manufactured home or a unit in a condominium or cooperative project.

This appraisal report is subject to the following scope of work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications. Modifications, additions, or deletions to the intended use, intended user, definition of market value, or assumptions and limiting conditions are not permitted. The appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment. Modifications or deletions to the certifications are also not permitted. However, additional certifications that do not constitute material alterations to this appraisal report, such as those required by law or those related to the appraiser's continuing education or membership in an appraisal organization, are permitted.

**SCOPE OF WORK**: The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) perform a complete visual inspection of the interior and exterior areas of the subject property, (2) inspect the neighborhood, (3) inspect each of the comparable sales from at least the street, (4) research, verify, and analyze data from reliable public and/or private sources, and (5) report his or her analysis, opinions, and conclusions in this appraisal report.

**INTENDED USE:** The intended use of this appraisal report is for the lender/client to evaluate the property that is the subject of this appraisal for a mortgage finance transaction.

**INTENDED USER:** The intended user of this appraisal report is the lender/client.

**DEFINITION OF MARKET VALUE:** The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U. S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

**STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS:** The appraiser's certification in this report is subject to the following assumptions and limiting conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal. The appraiser assumes that the title is good and marketable and will not render any opinions about the title.

2. The appraiser has provided a sketch in this appraisal report to show the approximate dimensions of the improvements. The sketch is included only to assist the reader in visualizing the property and understanding the appraiser's determination of its size.

3. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

5. The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the research involved in performing this appraisal. Unless otherwise stated in this appraisal report, the appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, this appraisal report must not be considered as an environmental assessment of the property.

6. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that the completion, repairs, or alterations of the subject property will be performed in a professional manner.

20221031140104

# Uniform Residential Appraisal Report

**APPRAISER'S CERTIFICATION:** The Appraiser certifies and agrees that:

1. I have, at a minimum, developed and reported this appraisal in accordance with the scope of work requirements stated in this appraisal report.

2. I performed a complete visual inspection of the interior and exterior areas of the subject property. I reported the condition of the improvements in factual, specific terms. I identified and reported the physical deficiencies that could affect the livability, soundness, or structural integrity of the property.

3. I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

4. I developed my opinion of the market value of the real property that is the subject of this report based on the sales comparison approach to value. I have adequate comparable market data to develop a reliable sales comparison approach for this appraisal assignment. I further certify that I considered the cost and income approaches to value but did not develop them, unless otherwise indicated in this report.

5. I researched, verified, analyzed, and reported on any current agreement for sale for the subject property, any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal, and the prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report.

6. I researched, verified, analyzed, and reported on the prior sales of the comparable sales for a minimum of one year prior to the date of sale of the comparable sale, unless otherwise indicated in this report.

7. I selected and used comparable sales that are locationally, physically, and functionally the most similar to the subject property.

8. I have not used comparable sales that were the result of combining a land sale with the contract purchase price of a home that has been built or will be built on the land.

9. I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject property and the comparable sales.

10. I verified, from a disinterested source, all information in this report that was provided by parties who have a financial interest in the sale or financing of the subject property.

11. I have knowledge and experience in appraising this type of property in this market area.

12. I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing services, tax assessment records, public land records and other such data sources for the area in which the property is located.

13. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable sources that I believe to be true and correct.

14. I have taken into consideration the factors that have an impact on value with respect to the subject neighborhood, subject property, and the proximity of the subject property to adverse influences in the development of my opinion of market value. I have noted in this appraisal report any adverse conditions (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) observed during the inspection of the subject property or that I became aware of during the research involved in performing this appraisal. I have considered these adverse conditions in my analysis of the property value, and have reported on the effect of the conditions on the value and marketability of the subject property.

15. I have not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all statements and information in this appraisal report are true and correct.

16. I stated in this appraisal report my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the assumptions and limiting conditions in this appraisal report.

17. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or opinion of market value in this appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

18. My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not conditioned on any agreement or understanding, written or otherwise, that I would report (or present analysis supporting) a predetermined specific value, a predetermined minimum value, a range or direction in value, a value that favors the cause of any party, or the attainment of a specific result or occurrence of a specific subsequent event (such as approval of a pending mortgage loan application).

19. I personally prepared all conclusions and opinions about the real estate that were set forth in this appraisal report. If I relied on significant real property appraisal assistance from any individual or individuals in the performance of this appraisal or the preparation of this appraisal report, I have named such individual(s) and disclosed the specific tasks performed in this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in this appraisal report; therefore, any change made to this appraisal is unauthorized and I will take no responsibility for it.

20. I identified the lender/client in this appraisal report who is the individual, organization, or agent for the organization that ordered and will receive this appraisal report.

20221031140104

# Uniform Residential Appraisal Report

21. The lender/client may disclose or distribute this appraisal report to: the borrower; another lender at the request of the borrower; the mortgagee or its successors and assigns; mortgage insurers; government sponsored enterprises; other secondary market participants; data collection or reporting services; professional appraisal organizations; any department, agency, or instrumentality of the United States; and any state, the District of Columbia, or other jurisdictions; without having to obtain the appraiser's or supervisory appraiser's (if applicable) consent. Such consent must be obtained before this appraisal report may be disclosed or distributed to any other party (including, but not limited to, the public through advertising, public relations, news, sales, or other media).

22. I am aware that any disclosure or distribution of this appraisal report by me or the lender/client may be subject to certain laws and regulations. Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

23. The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties.

24. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

25. Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., or similar state laws.

**SUPERVISORY APPRAISER'S CERTIFICATION**: The Supervisory Appraiser certifies and agrees that:

1. I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2. I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

3. The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4. This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

5. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

APPRAISER

Signature
Name Kevin Henley
Company Name Henley Appraisals
Company Address 529 Ramsgate Dr
Dayton , OH 45430
Telephone Number 513-290-4400
Email Address khenleyappraisals@gmail.com
Date of Signature and Report 05/25/2022
Effective Date of Appraisal 05/14/2022
State Certification # 2008004175
or State License #
or Other (describe) State #
State OH
Expiration Date of Certification or License 06/01/2023

ADDRESS OF PROPERTY APPRAISED
265 Woodstream Dr
Springboro , OH 45066

APPRAISED VALUE OF SUBJECT PROPERTY $ 470,000

LENDER/CLIENT
Name Red Sky Risk Services, LLC
Company Name U.S. Bank, N.A.
Company Address 1050 Woodward Avenue
Detroit , MI 48226
Email Address

SUPERVISORY APPRAISER (ONLY IF REQUIRED)

Signature
Name
Company Name
Company Address
Telephone Number
Email Address
Date of Signature
State Certification #
or State License #
State
Expiration Date of Certification or License

SUBJECT PROPERTY
- ☐ Did not inspect subject property
- ☐ Did inspect exterior of subject property from street
  Date of Inspection
- ☐ Did inspect interior and exterior of subject property
  Date of Inspection

COMPARABLE SALES
- ☐ Did not inspect exterior of comparable sales from street
- ☐ Did inspect exterior of comparable sales from street
  Date of Inspection

20221031140104

# Uniform Residential Appraisal Report

File # USB-220506-02084-1

| FEATURE | SUBJECT | COMPARABLE SALE # 4 | | COMPARABLE SALE # 5 | | COMPARABLE SALE # 6 | |
|---|---|---|---|---|---|---|---|
| Address | 265 Woodstream Dr Springboro, OH 45066 | 8835 Winton Hills Ct Springboro, OH 45066 | | 8837 Glen Abby Ct Springboro, OH 45066 | | | |
| Proximity to Subject | | 0.66 miles SW | | 0.71 miles SW | | | |
| Sale Price | $ | | $ 503,000 | | $ 465,000 | | $ |
| Sale Price/Gross Liv. Area | $ sq.ft. | $ 155.44 sq.ft. | | $ 111.01 sq.ft. | | $ sq.ft. | |
| Data Source(s) | | DayMls#846736;DOM 54 | | DayMls#844324;DOM 44 | | | |
| Verification Source(s) | | WarrnCountyAuditorPRC/Realtor | | WarrnCountyAuditorPRC/Realtor | | | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sale or Financing Concessions | | ArmLth Conv;0 | | ArmLth Conv;0 | | | |
| Date of Sale/Time | | s10/21;c08/21 | | s08/21;c07/21 | | | |
| Location | N;Res; | N;Res; | | N;Res; | | | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | | |
| Site | 9932 sf | 2.75 ac | -14,000 | 27482 sf | -3,000 | | |
| View | N;Res; | B;ResWoods; | -12,000 | N;Res; | | | |
| Design (Style) | DT2;Colonial | DT2;Colonial | | DT2;Colonial | | | |
| Quality of Construction | Q3 | Q3 | | Q3 | | | |
| Actual Age | 10 | 39 | 0 | 38 | 0 | | |
| Condition | C3 | C3 | | C3 | | | |
| Above Grade | Total / Bdrms. / Baths | Total / Bdrms. / Baths | 0 | Total / Bdrms. / Baths | 0 | Total / Bdrms. / Baths | |
| Room Count | 11 / 4 / 2.1 | 10 / 4 / 2.1 | 0 | 11 / 4 / 3.1 | -8,000 | | |
| Gross Living Area | 3,818 sq.ft. | 3,236 sq.ft. | +13,968 | 4,189 sq.ft. | -8,904 | sq.ft. | |
| Basement & Finished Rooms Below Grade | 1816sf1544sfin | 1568sf900sfwo | +800 | 1854sf400sfwo | +4,800 | | |
| | 1rr1br0.0ba1o | 1rr0br0.1ba0o | -2,000 | 1rr0br1.0ba0o | -4,000 | | |
| Functional Utility | Average | Average | | Average | | | |
| Heating/Cooling | FWA/CA | FWA/CA | | FWA/CA | | | |
| Energy Efficient Items | NoneNoted | NoneNoted | | NoneNoted | | | |
| Garage/Carport | 2ga2dw | 2ga2dw | | 2ga2dw | | | |
| Porch/Patio/Deck | UnPorLUdkLupt | CovPorLrgUndk | -500 | CporUpatLrUdk | -1,000 | | |
| Exterior Materials | VinBrickStone | BrickStucWood | 0 | BrckStucConbrd | 0 | | |
| Extra Amenities In/Out | 2FirplacFence | 2FireplacePool | -5,000 | 3FireplacePool | -5,000 | | |
| Updates/Dated/Upgrades | NoneNoted | NoneNoted | | Dated | +23,250 | | |
| Net Adjustment (Total) | | ☐ + ☒ - | $ -18,732 | ☐ + ☒ - | $ -1,854 | ☐ + ☐ - | $ |
| Adjusted Sale Price of Comparables | | Net Adj. 3.7 % Gross Adj. 9.6 % | $ 484,268 | Net Adj. 0.4 % Gross Adj. 12.5 % | $ 463,146 | Net Adj. % Gross Adj. % | $ |

Summary of Sales Comparison Approach

* OVERFLOW - SEE "ADDITIONAL FIELD TEXT ADDENDA" *

| ITEM | SUBJECT | COMPARABLE SALE #4 | COMPARABLE SALE #5 | COMPARABLE SALE #6 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | 11/09/2020 | 07/12/1993 | 03/03/2011 | |
| Price of Prior Sale/Transfer | $442,000 | $0 | $0 | |
| Data Source(s) | WarrenCountyAuditorWeb | WarrenCountyAuditorWeb | WarrenCountyAuditorWeb | |
| Effective Date of Data Source(s) | 05/14/2022 | 05/14/2022 | 05/14/2022 | |

Analysis of prior sale or transfer history of the subject property and comparable sales

# ADDITIONAL FIELD TEXT

File # USB-220506-02084-1

Borrower/Client DIANA DAVOLI-TURNER
Property Address 265 Woodstream Dr
City Springboro County Warren State OH Zip Code 45066
Lender U.S. Bank, N.A.

COMMENT SALES COMPARE COMPS 4-6

Comps 4 and 5 are used due to an extreme lack of more similar sales that sold within the past year, where 2 comps over a year were used, I added two other sales, not as similar as those two, but sold in the past year. Comp4 is weighted 4th and used for lack of updates, but not weighted heavier due to much larger lot size and much smaller GLA. Comp5 is used for bracketing of subject's GLA and lack of more similar sales that bracket subject's GLA. It is weighted last due to dated,interior wallpaper, bathrooms and kitchen.

ALL ADJUSTMENTS AND LACK OF ADJUSTMENTS ARE BASED ON RESULTS FROM A PAIRED SALES (DATA) ANALYSIS, IN WHICH I COMPARED SIMILAR SALES WITH THEIR DIFFERENT OR SIMILAR ATTRIBUTES, EXTRAPOLATING CONTRIBUTORY VALUE,OR LACK OF CONTRIBUTORY VALUE. AFTER THESE EXTRAPOLATIONS, I APPLIED MY ESTIMATED RESULTS TO THE SALES COMPARISON GRID. I HAVE REPORTED ADJUSTMENTS TO THE COMPARABLE SALES THAT REFLECT THE MARKET'S REACTION TO THE DIFFERENCES BETWEEN THE SUBJECT PROPERTY AND COMPARABLE SALES. THE LOGIC AND REASONING WAS DERIVED FROM THIS METHOD, SUPPORTED AND USED BY MY APPRAISER PEERS. THE FOLLOWING NARRATION IS A BRIEF SUMMARY OF HOW THE ADJUSTMENTS WERE DERIVED.

A 5% adjustment is supported for 5% appreciation, when this market appreciated at this rate from 10/20-04/21, since has remained stable. There is no value difference for lot sizes that have less than a 5,000 sq ft difference. A lot size adjustment is warranted at about $1000 for every 5,000 sq ft, estimated, up to 2 acres. A CDS or wooded lot is valued at about $6000 more than typical lots and a lot on a CDS and with woods, contributes $12,000. There is no value difference for style differences. No age adjustments are supported once dwellings are over 10 yrs old or within 10 yrs of each other, over 5 yrs old. There is no value difference for differences in room counts. There is no value difference for bedrooms once 3 bedrooms are accounted for. A full bath and 1/2 bath contribute about $8000 and $4000 to market value, above grade and respectively. GLA was supported at about $24.00 per square foot, in relation to sales of Q3 quality, over 3000 sf of GLA. There is no value difference noted for different sizes of basements, but finished area contributes about $8.00 per sq ft of finished area, up to 1000 sf. No value difference not for different types of rooms below grade, except bathrooms. A bathroom and 1/2 bathroom, below grade, contributes $4000 and $2000 to market value, respectively. A walk-out basement doesn't contribute to market value in this neighborhood. There is no value difference for driveway count difference. Covered porches, covered patios, covered decks or larger porches,patios and decks contribute $2000 to market value. Open porches, decks and patios contribute $1000. No siding adjustments are warranted. Fences and fireplaces do not contribute to market value. An upgraded kitchen contributes about $12000 to market value; updated kitchens contribute about $6000; upgraded bathrooms contribute $6000 and updated bathrooms contribute $4000. A dated property is valued about 5% less than a property that is not dated. There is no value for properties being from different PUDs or for having different HOA fees or ammenities. Typically, fees are higher for more ammenties and less for less ammenties.

# TEXT ADDENDUM

File # USB-220506-02084-1

| | |
|---|---|
| Borrower/Client | DIANA DAVOLI-TURNER |
| Property Address | 265 Woodstream Dr |
| City | Springboro |
| County | Warren |
| State | OH |
| Zip Code | 45066 |
| Lender | U.S. Bank, N.A. |

Supplemental Addendum [Multi-page]
Henley Appraisals

In accordance with your request, we have appraised this property. The report of that appraisal follows.

The purpose of this appraisal is to estimate the fair market value of the property described in this appraisal report,

as improved, in unencumbered fee simple title of ownership.

This report is based on a physical inspection and analysis of the site and improvements, a locational analysis of the neighborhood and city, and an economical analysis of the market for properties such as the subject. The appraisal was developed and the report was prepared in accordance with the Uniform Standards of Professional Appraisal Practice.

The value conclusions reported are as of the effective date stated in the body of the report and contingent upon the certification and limiting conditions attached.

It has been a pleasure to assist you. Please do not hesitate to contact me or any of my associates if we can be of any additional service to you.

Sincerely,

Kevin Henley

Supplemental Addendum [Multi-page]
The appraiser certifies and agrees that this appraisal was prepared in accordance with the requirements of Title XI of the Financial Institutions, Reform, Recovery, and Enforcement Act (FIRREA) of 1989, as amended (12 U.S.C. 3331 et seq.), and any applicable implementing regulations in effect at the time the appraiser signs the appraisal certification.

The Sixth Edition of The Dictionary of Real Estate Appraisal by the Appraisal Institute defines highest and best use as: The reasonably probable and legal use of vacant land or an improved property that is physically possible, appropriately supported, financially feasible and that results in the highest value. The subject is a legally permissible use based on its current zoning. Also, the lot size, shape and land-to-building ratio allow the present structure and indicate a good utilization of the improvements. Based on current market conditions, the existing structure as a single family residence is its financially feasible and maximally productive use. The highest and best use, as if vacant, would be to construct a single family residence.Highest and best use of property is as it is being used and how it is legally zoned, conforming to other similar properties in its neighborhood.

All public utilities and appliances were on at the time of the site visit and appear to be operational. The garage was observed with the same consistency as the dwelling and no issues noted..

UAD DESCRIPTIONS ARE USED IN ALL OF IMPROVEMENTS AREA, AS EXPECTED PER UAD PROTOCOL. WITHIN UAD DIRECTIVES, THERE IS NO DIRECTION ON USING AVERAGE, GOOD, FAIR, BELOW AVERAGE, POOR, TYPICAL, NEUTRAL, GOOD+, -AVERAGE, ETC. THERE IS, HOWEVER, DIRECTIVES TO USE C1-C6, AND THIS IS NOT EXCLUSIVE TO OVERALL CONDITION. SIMPLY STATED, THE UAD PROTOCOL, WITH REGARDS TO IMPROVEMENTS SECTION, ONLY REFERS TO THE C1-C6 RATINGS.

In addition to providing an estimate of value, the appraisal provides an examination of the property for any visible, obvious and/or apparent deficiencies that may affect the livability of the property in terms of basic needs, health and safety of the occupants. This information is not warranted.Buyers/borrowers must determine for themselves that the condition of the property is acceptable.

This appraiser has made a "complete" interior and exterior site visit of the subject property. This means that the appraiser has walked around the exterior of the subject property at ground level. An interior walk through of all habitable area has been made. No personal property was moved and the inspection is considered non-invasive.

Even though a reader or user of this appraisal may consider broad streets, RR tracks, creeks or rivers, as neighborhood dividers, the neighborhood boundaries are, as defined, on the first page of the URAR. The boundaries are discussed within this report. Properties located on any side of large artery roads or across creeks or other, large man-mad structures does not change market value or marketability, as long as located within the neighborhood boundaries defined on the URAR, or if discussed here, or anywhere within the report.

Verification source was my drive by, verifying comps exist and matches MLS, as well as any sales agents I called who viewed the interior of comparable sales, but were not involved in their respective transactions. This list is provided by the listing agent, who keeps records of agents who "showed" the properties.

Exposure time is always presumed to precede the effective date of the appraisal. It is the estimated length of time the property would have been offered on the market, prior to the hypothetical sale, at the appraised value, on the effective date of the appraisal. It is a retrospective estimate based on an analysis of past events assuming a competitive and open market. This includes not only adequate, sufficient and reasonable time, but adequate, sufficient and reasonable effort. It is often expressed as a range and is based on the following:
1. Statistical information about days on the market, most commonly obtained from the local Multiple Listing Service.
2. Information gathered through sales verification.
3. Interviews with market participants.

Exposure time of 60 DAYS is based on the analyses of current market trends in the general area and takes into account the size, condition and price range of the subject property and surrounding area. It presupposes that the listed price would be at or near the appraised value. It also assumes aggressive professional marketing by reputable local real estate offices . Exposure time can vary widely for a number of variables in this particular market.

There is a difference in adjusted price ranges due to the differences in comparable sales that are larger or more different with regards to their differences when being compared to the subject, individually. Comparables are compared to the subject within the Sales Comparison Approach, not compared to each other. These sales most represent the subject in most regards, but some are better, larger, have more amenities than the subject, but much more than they have from each other. The subject, overall, falls somewhere between the low and high values, but weighted as discussed.

***CONTINUED ON NEXT PAGE***

# TEXT ADDENDUM

File # USB-220506-02084-1

Borrower/Client DIANA DAVOLI-TURNER
Property Address 265 Woodstream Dr
City Springboro County Warren State OH Zip Code 45066
Lender U.S. Bank, N.A.

Sales are used if they have one or two items similar to the subject, or bracket certain line items, such as GLA. This practice leads to larger differences in adjusted sales price, as well.
THERE ARE NO LAWS, GUIDELINES, REGULATIONS FOR THE SUBJECT, PERTAINING TO SMOKE OR CARBON MONOXIDE DETECTORS.
FEMA HAS DECLARED THE SUBJECT'S MARKET , AS WELL AS THE ENTIRE US, A DISASTER AREA DUE TO COVID 19, AS OF 03/31/2020. THIS DOES NOT APPEAR TO HAVE AN AFFECT ON MARKET VALUE OR MARKETABILITY.
I USE ANSI MEASUREMENTS AND GUIDELINES WHEN CALCULATING THE GLA AND LIVING AREA.
I WAS ASKED TO ADDRESS SALES DUE TO THE FOLLOWING REASONING: An online source did reveal some closed sales with less than a mile from the subject. That being said, there are at least 40 other sales that sold in the past year, within a mile from subject. There was no other reasoning given for me to address the following sales:30 willow Grove Dr 45 Willow Grove Dr, and 285 Wood stream Dr.

30 Willow Grove only has 3052 sf of GLA, too small to use
45 Willow Grove only has 2949 sf of GLA, too small to use
285 Wood Stream only has 2696 sf of GLA, too small to use.

The GLA of all of the preceding sales is available on the Warren County Auditor site.

As reported on my appraisal, ".....My search included all 2story dwellings,3218-4418 sf of GLA, 2-40 yrs old, C2-C4 condition and similar quality......"
05/25/2022: I HAVE BEEN ASKED TO LOOK AT 3 MORE SALES, A TOTAL OF 6, AS OF TODAY: 445 Woodstream Dr #841029 148 Winding Creek Dr #852969 50 Tyler Crt #856268
445 Woodstream was not used, but strongly considered. It is basically a ranch with a bonus 2nd floor, with a pond view and 3car garage. Comps used were,overall, more similar to the subject and lacked pond view. There would be a positive pond view adjustment for this comp and a positive adjustment for the 3rd car garage.
148 Winding Creek has 2818 sf of GLA, so not used for reasons aforementioned, in bold.
50 Tyler Ct has under 3000 sf of GLA, so not used for reasons aforementioned, in bold.
THESE 3 SALES ALL SOLD UNDER THE SUBJECT'S APPRAISED VALUE.

20221031140104

20221031140104

# USPAP COMPLIANCE ADDENDUM

File No. USB-220506-02084-1

## SUBJECT

Borrower DIANA DAVOLI-TURNER

Property Address 265 Woodstream Dr

City Springboro County Warren State OH Zip Code 45066

Lender/Client U.S. Bank, N.A.

## PURPOSE OF THE APPRAISAL

As reported

## SCOPE OF-THE APPRAISAL

As noted and complying with Appraisal reporting requirements within standards 2-2.(a) and client requirements.

## REPORT OF THE PRIOR YEAR SALES HISTORY FOR THE SUBJECT PROPERTY

Is the subject property currently listed? ☐ Yes ☒ No List Price $

Has the property sold during the prior year? ☐ Yes ☒ No If yes, describe below:

## MARKETING TIME

What is your estimate of marketing time for the subject property? 60 days Describe below the basis (rationale) for your estimate:

Based on other similar sales in the market.

## NON-REAL PROPERTY TRANSFERS

Does the transaction involve the transfer of personal property, fixtures, or intangibles that are not real property? ☐ Yes ☒ No

If yes, provide description and valuation below:

## ADDITIONAL LIMITING CONDITIONS OR ADDITIONAL COMMENTS

None added.

## ADDITIONAL CERTIFICATION STATEMENTS OR ADDITIONAL COMMENTS

I have not performed any services on the subject property in the past three years.

DO DUE LENDER BRACKETING RULES OR GUIDELINES, THERE IS A CHANCE COMPARABLE SALES USED ARE LESS LIKE THE SUBJECT THAN OTHER POSSIBLE SALES NOT USED JUST TO BRACKET ONE OR MORE BRACKETING ITEMS. IF THIS IS THE CASE, I WILL TYPICALLY ADD A STATEMENT THAT THE COMP WAS USED FOR THAT PURPOSE.

Date: 05/25/2022 Appraiser(s):

Kevin Henley

Date: Review Appraiser(s):

20221031140104

# APPRAISER DISCLOSURE STATEMENT

File No. USB-220506-

**In Compliance with Ohio Revised Code Section 4763.12 (C)**

**Name of Appraiser:** Kevin Henley

**Class of Certification/Licensure:**

| | |
|---|---|
| ______ | Certified General |
| YES | Certified Residential |
| ______ | Licensed Residential |
| ______ | Temporary ______ General YES Licensed |

**Certification/Licensure Number:** 2008004175

**Scope: This Report**

| | |
|---|---|
| YES | is within the scope of my Certification or License. |
| ______ | is not within the scope of my Certification or License. |

**Service Provided by:**

| | |
|---|---|
| YES | Disinterested & Unbiased Third Party |
| ______ | Interested & Biased Third Party |
| ______ | Interested Third Party on Contingent Fee Basis |

**Signature of person preparing and reporting the Appraisal:**

This form must be included in conjunction with all appraisal assignments or specialized services performed by a state-certified or state-licensed real estate appraiser

**State of Ohio**
**Department of Commerce**
**Division of Real Estate Appraiser Section**
**Cleveland (216) 787-3100**

# USPAP ADDENDUM

File No. USB-220506-02084-1

Borrower DIANA DAVOLI-TURNER
Property Address 265 Woodstream Dr
City Springboro County Warren State OH Zip Code 45066
Lender U.S. Bank, N.A.

## This report was prepared under the following USPAP reporting option:

- [X] **Appraisal Report** This report was prepared in accordance with USPAP Standards Rule 2-2(a).
- [ ] **Restricted Appraisal Report** This report was prepared in accordance with USPAP Standards Rule 2-2(b).

## Reasonable Exposure Time

My opinion of a reasonable exposure time for the subject property at the market value stated in this report is: 60 Days

## Additional Certifications

I certify that, to the best of my knowledge and belief:

- [X] I have **NOT** performed services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment.
- [ ] I **HAVE** performed services, as an appraiser or in another capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment. Those services are described in the comments below.

— The statements of fact contained in this report are true and correct.
— The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.
— Unless otherwise indicated, I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved.
— I have no bias with respect to the property that is the subject of this report or the parties involved with this assignment.
— My engagement in this assignment was not contingent upon developing or reporting predetermined results.
— My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.
— My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice that were in effect at the time this report was prepared.
— Unless otherwise indicated, I have made a personal inspection of the property that is the subject of this report.
— Unless otherwise indicated, no one provided significant real property appraisal assistance to the person(s) signing this certification (if there are exceptions, the name of each individual providing significant real property appraisal assistance is stated elsewhere in this report).

## Additional Comments

**APPRAISER:**

Signature:
Name: Kevin Henley
Date Signed: 05/25/2022
State Certification #: 2008004175
or State License #:
or Other (describe) State #
State: OH
Expiration Date of Certification or License: 06/01/2023
Effective Date of Appraisal: 05/14/2022

**SUPERVISORY APPRAISER: (only if required)**

Signature:
Name:
Date Signed:
State Certification #:
or State License #:
State:
Expiration Date of Certification or License:
Supervisory Appraiser Inspection of Subject Property:
- [ ] Did Not
- [ ] Exterior-only from Street
- [ ] Interior and Exterior

20221031140104

# UNIFORM APPRAISAL DATASET (UAD) DEFINITIONS ADDENDUM

***(Source: UAD Appendix D: UAD Field-Specific Standardization Requirements)***

## Condition Ratings and Definitions

**C1**
The improvements have been very recently constructed and have not previously been occupied. The entire structure and all components are new and the dwelling features no physical depreciation.*

**Note: Newly constructed improvements that feature recycled materials and/or components can be considered new dwellings provided that the dwelling is placed on a 100% new foundation and the recycled materials and the recycled components have been rehabilitated/re-manufactured into like-new condition. Recently constructed improvements that have not been previously occupied are not considered "new" if they have any significant physical depreciation (i.e., newly constructed dwellings that have been vacant for an extended period of time without adequate maintenance or upkeep).*

**C2**
The improvements feature no deferred maintenance, little or no physical depreciation, and require no repairs. Virtually all building components are new or have been recently repaired, refinished, or rehabilitated. All outdated components and finishes have been updated and/or replaced with components that meet current standards. Dwellings in this category either are almost new or have been recently completely renovated and are similar in condition to new construction.

**C3**
The improvements are well maintained and feature limited physical depreciation due to normal wear and tear. Some components, but not every major building component, may be updated or recently rehabilitated. The structure has been well maintained.

**C4**
The improvements feature some minor deferred maintenance and physical deterioration due to normal wear and tear. The dwelling has been adequately maintained and requires only minimal repairs to building components/mechanical systems and cosmetic repairs. All major building components have been adequately maintained and are functionally adequate.

**C5**
The improvements feature obvious deferred maintenance and are in need of some significant repairs. Some building components need repairs, rehabilitation, or updating. The functional utility and overall livability is somewhat diminish d due to condition, but the dwelling remains useable and functional as a residence.

**C6**
The improvements have substantial damage or deferred maintenance with deficiencies or defects that are severe enough to affect the safety, soundness, or structural integrity of the improvements. The improvements are in need of substantial repairs and rehabilitation, including many or most major components.

## Quality Ratings and Definitions

**Q1**
Dwellings with this quality rating are usually unique structures that are individually designed by an architect for a specified user. Such residences typically are constructed from detailed architectural plans and specifications and feature an exceptionally high level of workmanship and exceptionally high-grade materials throughout the interior and exterior of the structure. The design features exceptionally high-quality exterior refinement s and ornamentation, and exceptionally high-quality interior refinements. The workmanship, materials, and finishes throughout the dwelling are of exceptionally high quality.

**Q2**
Dwellings with this quality rating are often custom designed for construction on an individual property owner's site. However, dwellings in this quality grade are also found in high-quality tract developments featuring residence constructed from individual plans or from highly modified or upgraded plans. The design features detailed, high quality exterior ornamentation, high-quality interior refinements, and detail. The workmanship, materials, and finishes throughout the dwelling are generally of high or very high quality.

**Q3**
Dwellings with this quality rating are residences of higher quality built from individual or readily available designer plans in above-standard residential tract developments or on an individual property owner's site. The design includes significant exterior ornamentation and interiors that are well finished. The workmanship exceeds acceptable standards and many materials and finishes throughout the dwelling have been upgraded from "stock" standards.

**Q4**
Dwellings with this quality rating meet or exceed the requirements of applicable building codes. Standard or modified standard building plans are utilized and the design includes adequate fenestration and some exterior ornamentation and interior refinements. Materials, workmanship, finish, and equipment are of stock or builder grade and may feature some upgrades.

**Q5**
Dwellings with this quality rating feature economy of construction and basic functionality as main considerations. Such dwellings feature a plain design using readily available or basic floor plans featuring minimal fenestration and basic finishes with minimal exterior ornamentation and limited interior detail. These dwellings meet minimum building codes and are constructed with inexpensive, stock materials with limited refinements and upgrades.

**Q6**
Dwellings with this quality rating are of basic quality and lower cost; some may not be suitable for year-round occupancy. Such dwellings are often built with simple plans or without plans, often utilizing the lowest quality building materials. Such dwellings are often built or expanded by persons who are professionally unskilled or possess only minimal construction skills. Electrical, plumbing, and other mechanical systems and equipment may be minimal or non-existent. Older dwellings may feature one or more substandard or non-conforming additions to the original structure.

## Definitions of Not Updated, Updated, and Remodeled

**Not Updated**

**Little or no updating or modernization. This description includes, but is not limited to, new homes.**
Residential properties of fifteen years of age or less often reflect an original condition with no updating, if no major components have been replaced or updated. Those over fifteen years of age are also considered not updated if the appliances, fixtures, and finishes are predominantly dated. An area that is 'Not Updated' may still be well maintained and fully functional, and this rating does not necessarily imply deferred maintenance or physical /functional deterioration.

**Updated**

**The area of the home has been modified to meet current market expectations. These modifications are limited in terms of both scope and cost.**
An updated area of the home should have an improved look and feel, or functional utility. Changes that constitute updates include refurbishment and/or replacing components to meet existing market expectations. Updates do not include significant alterations to the existing structure .

**Remodeled**

**Significant finish and/or structural changes have been made that increase utility and appeal through complete replacement and/ or expansion.**
A remodeled area reflects fundamental changes that include multiple alterations. These alterations may include some or all of the following: replacement of a major component (cabinet(s), bathtub, or bathroom tile), relocation of plumbing/gas fixtures/appliances, significant structural alterations (relocating walls, and/or the addition of) square footage). This would include a complete gutting and rebuild.

## Explanation of Bathroom Count

Three-quarter baths are counted as a full bath in all cases. Quarter baths (baths that feature only a toilet) are not included in the bathroom count. The number of full and half baths is reported by separating the two values using a period, where the full bath count is represented to the left of the period and the half bath count is represented to the right of the period.

20221031140104

## Abbreviations Used in Data Standardization Text

| Abbreviation | Full Name | Appropriate Fields |
|---|---|---|
| ac | Acres | Area, Site |
| AdjPrk | Adjacent to Park | Location |
| AdjPwr | Adjacent to Power Lines | Location |
| A | Adverse | Location & View |
| ArmLth | Arms Length Sale | Sale or Financing Concessions |
| ba | Bathroom(s) | Basement & Finished Rooms Below Grade |
| br | Bedroom | Basement & Finished Rooms Below Grade |
| B | Beneficial | Location & View |
| Cash | Cash | Sale or Financing Concessions |
| CtySky | City View Skyline View | View |
| CtyStr | City Street View | View |
| Comm | Commercial Influence | Location |
| c | Contracted Date | Date of Sale/Time |
| Conv | Conventional | Sale or Financing Concessions |
| CrtOrd | Court Ordered Sale | Sale or Financing Concessions |
| DOM | Days On Market | Data Sources |
| e | Expiration Date | Date of Sale/Time |
| Estate | Estate Sale | Sale or Financing Concessions |
| FHA | Federal Housing Authority | Sale or Financing Concessions |
| GlfCse | Golf Course | Location |
| Glfvw | Golf Course View | View |
| Ind | Industrial | Location & View |
| in | Interior Only Stairs | Basement & Finished Rooms Below Grade |
| Lndfl | Landfill | Location |
| LtdSght | Limited Sight | View |
| Listing | Listing | Sale or Financing Concessions |
| Mtn | Mountain View | View |
| N | Neutral | Location & View |
| NonArm | Non-Arms Length Sale | Sale or Financing Concessions |
| BsyRd | Busy Road | Location |
| o | Other | Basement & Finished Rooms Below Grade |
| Prk | Park View | View |
| Pstrl | Pastoral View | View |
| PwrLn | Power Lines | View |
| PubTrn | Public Transportation | Location |
| rr | Recreational (Rec) Room | Basement & Finished Rooms Below Grade |
| Relo | Relocation Sale | Sale or Financing Concessions |
| REO | REO Sale | Sale or Financing Concessions |
| Res | Residential | Location & View |
| RH | USDA –Rural Housing | Sale or Financing Concessions |
| s | Settlement Date | Date of Sale/Time |
| Short | Short Sale | Sale or Financing Concessions |
| sf | Square Feet | Area, Site, Basement |
| Unk | Unknown | Date of Sale/Time |
| VA | Veterans Administration | Sale or Financing Concessions |
| w | Withdrawn Date | Date of Sale/Time |
| wo | Walk Out Basement | Basement & Finished Rooms Below Grade |
| wu | Walk Up Basement | Basement & Finished Rooms Below Grade |
| WtrFr | Water Frontage | Location |
| Wtr | Water View | View |
| Woods | Woods View | View |

## Other Appraiser-Defined Abbreviations

| Abbreviation | Full Name | Fields Where This Abbreviation May Appear |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

# SUBJECT PHOTOGRAPH ADDENDUM

File # USB-220506-02084-1

Borrower/Client DIANA DAVOLI-TURNER
Property Address 265 Woodstream Dr
City Springboro County Warren State OH Zip Code 45066
Lender U.S. Bank, N.A.

**FRONT OF SUBJECT PROPERTY**

Subject Front
265 Woodstream Dr

**REAR OF SUBJECT PROPERTY**

Subject Rear
265 Woodstream Dr

**STREET SCENE**

Subject Street
265 Woodstream Dr

# ADDITIONAL PHOTOGRAPH ADDENDUM

File # USB-220506-02084-1

| | |
|---|---|
| Borrower/Client | DIANA DAVOLI-TURNER |
| Property Address | 265 Woodstream Dr |
| City | Springboro |
| County | Warren |
| State | OH |
| Zip Code | 45066 |
| Lender | U.S. Bank, N.A. |

Basement
rec-room

Basement
bedroom

basement
media room

# ADDITIONAL PHOTOGRAPH ADDENDUM

File # USB-220506-02084-1

Borrower/Client DIANA DAVOLI-TURNER
Property Address 265 Woodstream Dr
City Springboro County Warren State OH Zip Code 45066
Lender U.S. Bank, N.A.

garage

opposite street view

Bedroom

# ADDITIONAL PHOTOGRAPH ADDENDUM

File # USB-220506-02084-1

Borrower/Client DIANA DAVOLI-TURNER
Property Address 265 Woodstream Dr
City Springboro County Warren State OH Zip Code 45066
Lender U.S. Bank, N.A.

Sitting Room

Office

Landing

# ADDITIONAL PHOTOGRAPH ADDENDUM

File # USB-220506-02084-1

Borrower/Client DIANA DAVOLI-TURNER
Property Address 265 Woodstream Dr
City Springboro County Warren State OH Zip Code 45066
Lender U.S. Bank, N.A.

Mud Room

Laundry closet

Half Bathroom

# ADDITIONAL PHOTOGRAPH ADDENDUM

File # USB-220506-02084-1

Borrower/Client DIANA DAVOLI-TURNER
Property Address 265 Woodstream Dr
City Springboro County Warren State OH Zip Code 45066
Lender U.S. Bank, N.A.

Bathroom 1

Bathroom 2

Bedroom

# ADDITIONAL PHOTOGRAPH ADDENDUM

File # USB-220506-02084-1

| | |
|---|---|
| Borrower/Client | DIANA DAVOLI-TURNER |
| Property Address | 265 Woodstream Dr |
| City | Springboro |
| County | Warren |
| State | OH |
| Zip Code | 45066 |
| Lender | U.S. Bank, N.A. |

Bedroom

Bedroom

Left side

# ADDITIONAL PHOTOGRAPH ADDENDUM

File # USB-220506-02084-1

Borrower/Client DIANA DAVOLI-TURNER
Property Address 265 Woodstream Dr
City Springboro County Warren State OH Zip Code 45066
Lender U.S. Bank, N.A.

Right side

Living room

Family Room

# ADDITIONAL PHOTOGRAPH ADDENDUM

File # USB-220506-02084-1

Borrower/Client DIANA DAVOLI-TURNER
Property Address 265 Woodstream Dr
City Springboro County Warren State OH Zip Code 45066
Lender U.S. Bank, N.A.

Dining Room

Kitchen

# COMPARABLES PHOTOGRAPH ADDENDUM

File # USB-220506-02084-1

Borrower/Client DIANA DAVOLI-TURNER
Property Address 265 Woodstream Dr
City Springboro County Warren State OH Zip Code 45066
Lender U.S. Bank, N.A.

**Comparable Sale 1**
21 Stanton Dr
Springboro OH 45066
Date of Sale: s10/21;c08/21
Sale Price: 495,000
Sq. Ft.: 3,615
$ / Sq. Ft.: 136.93

**Comparable Sale 2**
190 Stanton Dr
Springboro OH 45066
Date of Sale: s05/21;c03/21
Sale Price: 450,000
Sq. Ft.: 3,400
$ / Sq. Ft.: 132.35

**Comparable Sale 3**
266 Woodstream Dr
Springboro OH 45066
Date of Sale: s10/20;c09/20
Sale Price: 427,000
Sq. Ft.: 3,663
$ / Sq. Ft.: 116.57

# COMPARABLES PHOTOGRAPH ADDENDUM

File # USB-220506-02084-1

Borrower/Client DIANA DAVOLI-TURNER
Property Address 265 Woodstream Dr
City Springboro County Warren State OH Zip Code 45066
Lender U.S. Bank, N.A.

**Comparable Sale 4**

8835 Winton Hills Ct
Springboro OH 45066
Date of Sale: s10/21;c08/21
Sale Price: 503,000
Sq. Ft.: 3,236
$ / Sq. Ft.: 155.44

**Comparable Sale 5**

8837 Glen Abby Ct
Springboro OH 45066
Date of Sale: s08/21;c07/21
Sale Price: 465,000
Sq. Ft.: 4,189
$ / Sq. Ft.: 111.01

**Comparable Sale 6**

Date of Sale:
Sale Price:
Sq. Ft.:
$ / Sq. Ft.:

# LOCATION MAP ADDENDUM

File # USB-220506-02084-1

| | |
|---|---|
| Borrower/Client | DIANA DAVOLI-TURNER |
| Property Address | 265 Woodstream Dr |
| City | Springboro |
| County | Warren |
| State | OH |
| Zip Code | 45066 |
| Lender | U.S. Bank, N.A. |



# SKETCH ADDENDUM

File # USB-220506-02084-1

Borrower/Client: DIANA DAVOLI-TURNER
Property Address: 265 Woodstream Dr
City: Springboro County: Warren State: OH Zip Code: 45066
Lender: U.S. Bank, N.A.

| Living Area | | Calculation Details |
|---|---|---|
| FirstFloor | 1815.75 Sq ft | 0.5 × 2.5 × 2.5 = 3.12 |
| | | 0.5 × 2.5 × 2.5 = 3.12 |
| | | 15 × 2.5 = 37.5 |
| | | 46 × 32 = 1472 |
| | | 25 × 12 = 300 |
| SecondFloor | 2001.75 Sq ft | 0.5 × 2.5 × 2.5 = 3.12 |
| | | 0.5 × 2.5 × 2.5 = 3.12 |
| | | 15 × 2.5 = 37.5 |
| | | 46 × 36 = 1656 |
| | | 10 × 11 = 110 |
| | | 10 × 8 = 80 |
| | | 14 × 8 = 112 |
| **Total Living Area (Rounded):** | **3818 Sq ft** | |
| **Non-living Area** | | |
| 2CarAttGarage | 442 Sq ft | 21 × 20 = 420 |
| | | 11 × 2 = 22 |
| UncPorch | 18 Sq ft | 6 × 3 = 18 |
| LargeUncDck | 567.38 Sq ft | 21.5 × 22 = 473 |
| | | 2.5 × 2.5 = 6.25 |
| | | 0.5 × 2.5 × 2.5 = 3.12 |
| | | 5 × 15 = 75 |
| | | 0.5 × 5 × 4 = 10 |
| LargeUncPatio | 400 Sq ft | 20 × 20 = 400 |
| Basement | 1815.75 Sq ft | 0.5 × 2.5 × 2.5 = 3.12 |
| | | 0.5 × 2.5 × 2.5 = 3.12 |
| | | 15 × 2.5 = 37.5 |
| | | 46 × 32 = 1472 |
| | | 25 × 12 = 300 |

20221031140104

# SKETCH ADDENDUM

File # USB-220506-02084-1

Borrower/Client DIANA DAVOLI-TURNER
Property Address 265 Woodstream Dr
City Springboro County Warren State OH Zip Code 45066
Lender U.S. Bank, N.A.

LargeUncPatio
20'
20'
20'
20'
LargeUncDeck
22'
6.4'
21.5'
15'
26.5'
3.54'
15'
3.54'
Kitchen
DiningArea
Stairs
FamilyRoom
32'
44'
Dining Room
1/2 Bath
MudRoom
Office
1stFloor
21'
21'
12'
LivingRoom
Foyer
6'
TwoCarAttGarage
22'
25'
Up
6'
20'
Up=UncoveredPorch
10'
11'
26'
3.54'
15'
3.54'
Bedroom
Bedroom
Stairs
Laundry
SittingRoom
44'
44'
Bath
2ndFloor
Bedroom
11'
Bath
14'
8'
10'
11'
10'
26'
3.54'
15'
3.54'
Bedroom
Media Room
32'
44'
Basement
Unfinished
21'
RecRoom
12'
25'
TOTAL Sketch by a la mode, inc.

# PLAT MAP ADDENDUM

File # USB-220506-02084-1

Borrower/Client: DIANA DAVOLI-TURNER
Property Address: 265 Woodstream Dr
City: Springboro County: Warren State: OH Zip Code: 45066
Lender: U.S. Bank, N.A.



Aerial Map

File # USB-220506-02084-1

| | |
|---|---|
| Borrower/Client | DIANA DAVOLI-TURNER |
| Property Address | 265 Woodstream Dr |
| City | Springboro · County Warren · State OH · Zip Code 45066 |
| Lender | U.S. Bank, N.A. |



Kevins License

File # USB-220506-02084-1

Borrower/Client DIANA DAVOLI-TURNER
Property Address 265 Woodstream Dr
City Springboro County Warren State OH Zip Code 45066
Lender U.S. Bank, N.A.



Borrower/Client DIANA DAVOLI-TURNER
Property Address 265 Woodstream Dr
City Springboro County Warren State OH Zip Code 45066
Lender U.S. Bank, N.A.

**HUDSON INSURANCE COMPANY**
100 William Street, 5th Floor
New York, NY 10038

**REAL ESTATE APPRAISERS ERRORS AND OMISSIONS INSURANCE POLICY DECLARATIONS**

**NOTICE: THIS IS A "CLAIMS MADE AND REPORTED" POLICY. THIS POLICY REQUIRES THAT A CLAIM BE MADE AGAINST THE INSURED DURING THE POLICY PERIOD AND REPORTED TO THE INSURER, IN WRITING, DURING THE POLICY PERIOD OR AUTOMATIC EXTENDED REPORTING PERIOD.**

**THIS POLICY MAY CONTAIN PROVISIONS WHICH LIMIT THE AMOUNT OF CLAIM EXPENSES THE INSURER IS RESPONSIBLE TO PAY IN CONNECTION WITH CLAIMS. CLAIM EXPENSES SHALL BE SUBJECT TO ANY DEDUCTIBLE AMOUNT. THE PAYMENT OF CLAIM EXPENSES WILL REDUCE THE LIMITS OF LIABILITY STATED IN ITEM 4. OF THE DECLARATIONS. PLEASE READ YOUR POLICY CAREFULLY.**

**PLEASE READ THIS POLICY CAREFULLY.**

**Policy Number:** PRA-2AX-1008976 **Renewal of:** PRA-2AX-1001490

1. **Named Insured:** Kevin D Henley
2. **Address:** 529 Ramsgate Drive
   Dayton, OH 45430
3. **Policy Period:** **From:** April 8, 2022 **To:** April 8, 2023

   12:01 A.M. Standard Time at the address of the **Named Insured** as stated in Number 2 above
4. **Limit of Liability**

| | | Each **Claim** | | Policy Aggregate |
|---|---|---|---|---|
| **Damages** Limit of Liability | **A.** | $1,000,000 | **B.** | $2,000,000 |
| **Claims Expense** Limit of Liability | **C.** | $1,000,000 | **D.** | $2,000,000 |

5. **Deductible** (Inclusive of **Claims Expenses**):
   **5A.** $ 500 Each **Claim** **5B.** $ 1,000 Aggregate
6. **Policy Premium:** $560.00 **State Taxes/Surcharges:** $0.00
7. **Retroactive Date:** April 8, 2002
8. **Notice to Company:** Notice of a **Claim** or Potential **Claim** should be sent to:
   Hudson Insurance Group

   100 William Street, 5th Floor
   New York, NY 10038

   Fax: 646-216-3786
   Email: hudsonclaims300@hudsoninsgroup.com
9. **A. Program Administrator:** Riverton Insurance Agency Corp.
   **B. Agent/Broker:** OREP Insurance Services, LLC
   (888) 347-5273

*IN WITNESS WHEREOF, We have caused this policy to be executed by our President and our Corporate Secretary at New York, New York*

President Secretary

AI Ready PDF Generated on 12/22/2022 7:01:25 AM