**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| Carlos Turner, et al., | : | **Case No. 3:23-cv-00371** |
| Plaintiffs | : | |
| | : | District Judge Rice |
| v. | : | Magistrate Judge Gentry |
| | : | |
| Henley Appraisers LLC, et al., | : | |
| | : | **STIPULATON FOR** |
| Defendants. | : | **EXTENSION TO RESPOND** |

Pursuant to Local Rule 6.1, Plaintiffs and Defendant U.S. Bancorp stipulate to an extension of 21 days to and including March 18, 2024 within which U.S. Bancorp may file its motion, pleading or other response to the Amended Complaint. No prior extensions to respond to that pleading have been granted.

| | |
|---|---|
| */s/ C. Jacob Davis* | */s/ Timothy C. Sullivan* |
| C. Jacob Davis (0101745) | Timothy C. Sullivan (0031069) |
| 33 White Allen Avenue | Taft Stettinius & Hollister LLP |
| Dayton, Ohio 45405 | 425 Walnut Street, Suite 1800 |
| Phone: (937) 813-3003 | Cincinnati, Ohio 45202 |
| Fax: (937) 200-7285 | (513) 357-9382 |
| Jacob.Davis@nallslaw.com | (513) 381-0205 fax |
| Trial Attorney for Plaintiffs | sullivan@taftlaw.com |
| | Trial Attorney for U.S. Bancorp |

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 27, 2024, I filed a copy of the foregoing electronically. Notice of this filing will be sent to all parties in this case by operation of the Court's EM/ECF System.  Parties may access this filing through the Court's system.

*/s/ Timothy C. Sullivan*