IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| CARLOS TURNER, ET AL., | : CASE NO. 3:23-CV-00371 |
| Plaintiffs, | : Judge Rice |
| | : Magistrate Judge Gentry |
| v. | : |
| HENLEY APPRAISERS LLC, ET AL., | : **ORDER CONTINUING THE MAY 7** |
| | : **PRELIMINARY PRETRIAL** |
| Defendants. | : **CONFERENCE AND STAYING** |
| | : **DISCLOSURES AND DISCOVERY** |

This matter is before the Court on the agreed joint motion filed by defendants U.S. Bancorp and U.S. Bank National Association, defendants Henley Appraisals, LLC and Kevin D. Henley, and plaintiffs Carlos Turner, Diana Davoli-Turner, and Miami Valley Fair Housing Center, Inc. to continue the preliminary pretrial conference scheduled for May 7, 2024, and to stay discovery and the parties' obligations to make disclosures and file the Rule 26(f) Report until the Court has decided the motions to dismiss the Amended Complaint. For good cause shown, the motion is granted.

IT IS SO ORDERED. *Hensley Defendants will file their motion to Dismiss not later than April 30, 2024.*

_____
UNITED STATES DISTRICT JUDGE