**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| Carlos Turner, et al., | : | |
| | : | |
| Plaintiffs, | : | Case No. 3:23-cv-00371 |
| | : | |
| v. | : | Judge Walter H. Rice |
| | : | |
| Henley Appraisers LLC, et al., | : | Magistrate Judge Caroline H. Gentry |
| | : | |
| Defendants. | : | |
| | : | |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(1), Plaintiffs Carlos Turner, Diana Davoli-Turner, and the Miami Valley Fair Housing Center, Inc. (collectively, the "Plaintiffs") dismiss this case as follows:

1. All claims of Plaintiffs Carlos Turner, Diana Davoli-Turner, and the Miami Valley Fair Housing Center, Inc. are dismissed with prejudice.

2. The parties are to bear their own fees and costs, except as otherwise provided in the settlement agreement.

Dated: October 20, 2025

Respectfully submitted,

*/s/ C. Jacob Davis*

C. Jacob Davis, Esq. (#101745)
Nalls Davis | Attorneys at Law
33 White Allen Avenue
Dayton, Ohio 45405
Phone: (937) 813-3003
Fax: (937) 660-4400
Jacob.Davis@nallslaw.com
*Attorney for Plaintiffs*

1