IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

CARLOS TURNER, et al.,    :

   Plaintiffs,

  v.         :

HENLEY APPRAISERS LLC,
et al.,

   Defendant.    :

Case No. 3:23-cv-371

JUDGE WALTER H. RICE

---

ORDER STRIKING PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
(DOC. #39)

---

On October 20, 2025, Plaintiff filed a Notice of Voluntary Dismissal, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). Federal Rule of Civil Procedure 41(a)(1) permits a party to dismiss a case without court order in two scenarios. The first is by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i). The second method is by filing "a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii).

In this case, Defendant U.S. Bank National Association filed both a Motion to Dismiss and an Answer. Docs. #16, 36. Therefore, the plain language of Fed. R. Civ. P. 41(a)(1)(A)(i) does not permit Plaintiff to unilaterally dismiss their claims, even

with prejudice. Because Plaintiffs' filing is not compliant with the Federal Rules of Civil Procedure, it is STRICKEN.

Should Plaintiffs desire to dismiss this case with prejudice, they must either file a stipulation of dismissal signed by Defendant, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), or a brief motion seeking Court-ordered dismissal pursuant to Fed. R. Civ. P. 41(a)(2).

Date: October 21, 2025

WALTER H. RICE
UNITED STATES DISTRICT JUDGE