**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON**

| | |
|---|---|
| Carlos Turner, et al., | : |
| | : |
| Plaintiffs, | : Case No. 3:23-cv-00371 |
| v. | : |
| | : Judge Walter H. Rice |
| Henley Appraisers LLC, et al., | : |
| | : Magistrate Judge Caroline H. Gentry |
| Defendants. | : |
| | : |
| | : |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Carlos Turner, Diana Davoli-Turner, and the Miami Valley Fair Housing Center, Inc. (collectively, the "Plaintiffs") and Defendant U.S. Bank National Association ("U.S. Bank", and together with Plaintiffs, the "Parties") voluntarily stipulate to the dismissal of this case with prejudice. The Parties are to bear their own fees and costs, except as otherwise provided in the settlement agreement.

1

Dated: October 22, 2025

/s/ C. Jacob Davis
C. Jacob Davis, Esq. (#101745)
Nalls Davis | Attorneys at Law
33 White Allen Avenue
Dayton, Ohio 45405
Phone: (937) 813-3003
Fax: (937) 660-4400
Jacob.Davis@nallslaw.com
*Attorney for Plaintiffs*

Respectfully submitted,

/s/ Olivia Kelman
Olivia Kelman (admitted pro hac vice)
Mitchell Sandler PLLC
2020 K Street NW, Suite 760
Washington, DC 20006
Phone: (202) 240-7126
okelman@mitchellsandler.com
*Trial Attorney for Defendant U.S. Bank
National Association*

/s/ Timothy C. Sullivan
Timothy C. Sullivan (Ohio Bar 031069)
Taft Stettinius & Hollister LLP
425 Walnut Street, Suite 1800
Cincinnati, OH 45202
Phone: (513) 357-9382
sullivan@taftlaw.com
*Local Counsel for Defendant U.S. Bank
National Association*